

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-15-00040-CV

**TEMPLETON MORTGAGE CORPORATION,**
Appellant

v.

Michael **MIDDLETON**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The clerk's record in this appeal has been filed. It reflects that in the underlying cause number, 10-422, Michael Middleton, as reflected in his second amended petition, sued Templeton Mortgage Corporation and Enos Hampton, as Independent Executor of the Estate of Betty G. Robinson. Gary M. Poenisch then filed a petition in intervention.

On October 15, 2014, the trial court signed a default judgment as to Templeton Mortgage Corporation. That same day, the trial court also signed a default judgment in favor of Intervenor Gary M. Poenisch against Templeton Mortgage Corporation and severed Poenisch's claims against Templeton Mortgage Corporation into a separate cause, 10-422A. Templeton Mortgage Corporation then filed notices of appeal in both Cause No. 10-422 and Cause No. 10-422A.[1] The appeal relating to Trial Court Cause No. 10-422 was assigned this Appeal No., 04-15-00040-CV. The appeal relating to Trial Court Cause No. 10-422A was assigned Appeal No. 04-15-00041-CV.

---

[1] The companion appeal, No. 04-15-00041-CV, concerns Templeton Mortgage Corporation's appeal from Trial Court Cause No. 10-422A of the default judgment signed in favor of Gary Poenisch.

With regard to this Appeal No. 04-15-00040-CV, the clerk's record does not reflect that a final judgment has been signed by the trial court disposing of all claims and parties. It therefore appears that we have no jurisdiction over this appeal. We, therefore, ORDER Appellant Templeton Mortgage Corporation to show cause in writing by **March 19, 2015** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

Keith E. Hottle
Clerk of Court